1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone:   (510) 523-4702
   Facsimile:    (510)747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA           NO. CV15-01682 SLM
11
                Plaintiff,
12                                    **JUDGMENT ON DEFAULT**
         v.
13

14 JULIUS UJEH
   aka JULIUS I. UJEH
15 aka JULIUS J. UJEH
   aka JULUIS IFEAYINCHUKW UJEH
16
                Defendant.
17 _____/

18     In the above entitled action, the defendant JULIUS UJEH aka JULIUS I. UJEH aka

19 JULIUS J. UJEH aka JULUIS IFEAYINCHUKW UJEH having been duly served with the

20 Summons and a copy of the Complaint in the action, and the defendant having failed to

21 appear, answer, plead, or otherwise defend in the action within the time allowed by law, or

22 at all, and default having been duly entered; and it further appearing that plaintiff's claim

23 against the defendant is for a sum certain and for interest which can by computation be

24 made certain and for costs; and it further appearing that a declaration on behalf of the

25 plaintiff required by Rule 55 has been filed, setting forth the amounts due plaintiff from said

26 defendant in accordance with the prayer of the Complaint, and also setting forth that

27 defendant is not an infant or incompetent person or in the military service of the United

28 States within the meaning of the Service Members Civil Relief Act [50 U.S.C. Appx. §§ 501

*et. seq.*] (formerly the Soldiers' and Sailor's Civil Relief Act of 1940), or otherwise entitled to the benefits of said Act, and praying that Judgment be entered herein.

  NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,

  IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from the defendant, JULIUS UJEH aka JULIUS I. UJEH aka JULIUS J. UJEH aka JULUIS IFEAYINCHUKW UJEH, the sum of $4,845.23 as principal, interest, attorney fees, and costs, plus interest in the amount of $0.27 per day from June 11, 2015, to the date of entry of the judgment, plus post judgment interest thereafter at the current legal rate per annum, pursuant to the provisions of 28 USC Sec. 1961(a) which will be compounded annually pursuant to the provisions of 28 U.S.C. Sec 1961(b), and judgment is herewith entered accordingly.

JUDGMENT ENTERED: 6/12/2015



RICHARD W. WIEKING, Clerk
UNITED STATES DISTRICT COURT

_____
Deputy Clerk  Mark Romyn

JUDGMENT ON DEFAULT   2